**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-1720**

---

In re:  JIMMY LEE ALLRED,

        Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Middle District of North Carolina, at Greensboro.  (1:24-cr-00351-WO-1)

---

Submitted:  July 23, 2026                    Decided:  July 28, 2026

---

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Jimmy Lee Allred, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Lee Allred petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on several motions filed after his criminal judgment was entered, including motions for discovery, for disclosure of grand jury minutes, and to supplement the record. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the court denied Allred's motions for discovery and for disclosure of grand jury materials on July 1, 2026. Accordingly, Allred's request for mandamus relief as to these motions is moot. Furthermore, the present record does not reveal undue delay in the district court as to Allred's remaining motion.[*] Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] In his mandamus petition, Allred also claims the district court has not ruled on other motions, including a bond motion and a motion to proceed pro se. Those motions, however, do not appear on the district court's docket.